1
2
3
4
5
6                          **IN THE UNITED STATES DISTRICT COURT**
7                              **FOR THE DISTRICT OF ARIZONA**
8
9
10   Illya D. Hadnot,                              No. CV-15-08160-PCT-PGR
11                      Petitioner,                **ORDER**
12   v.
13   Charles L. Ryan, et al.,
14                      Respondents.
15
16
17          The Court having reviewed de novo the Report and Recommendation (Doc. 13) of
18   Magistrate Judge Bridget S. Bade, filed on February 23, 2016, notwithstanding that no
19   party has filed an objection to the Report and Recommendation,
20          IT IS ORDERED that the Magistrate Judge's Report and Recommendation (Doc.
21   13) is accepted and adopted by the Court.
22          IT IS FURTHER ORDERED that the petitioner's Amended Petition Under 28
23   U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody (Doc. 7) is
24   denied and that this action is dismissed.  The Clerk of the Court shall enter judgment
25   accordingly.
26          IT IS FURTHER ORDERED that no certificate of appealability shall be issued
27   and that the petitioner is not entitled to appeal *in forma pauperis* because dismissal of the
28   / / /

Petition is justified by a plain procedural bar and reasonable jurists would not find the procedural ruling debatable.

Dated this 26th day of April, 2016.

Paul G. Rosenblatt
United States District Judge